# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JENNA COOLEY GOLDBLUM, B. TODD
COOLEY, AND JOHN W. COOLEY,
INDIVIDUALLY AND ON BEHALF OF
THEIR DECEASED MOTHER, JOAN S.
COOLEY

VERSUS

MANDEVILLE SHELTER CARE,
L.L.C., SCHONBERG LIVING,
L.L.C., D.C. SCHONBERG &
ASSOCIATES, L.L.C., PASSAGES,
L.L.C., D/B/A PASSAGES HOSPICE,
KRISTIE BANKSTON, AND DAVID D.
TRAN, M.D.

NO. 2021 CW 1275

**JANUARY 21, 2022**

---

In Re:   Mandeville Shelter Care, LLC d/b/a/ Beau Provence and
         D.C. Schonberg & Associates, LLC and Kristie Bankston,
         applying for supervisory writs, 22nd Judicial District
         Court, Parish of St. Tammany, No. 2019-15802.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMG
WRC

     **Holdridge, J.,** concurs and would deny the writ, as the
transcript of the August 3, 2021 hearing on defendants' "Motion
to Compel Arbitration and Stay Proceedings Brought in Violation
of Arbitration Agreement" reveals no evidence was introduced or
admitted during the hearing, including the subject arbitration
agreement.   The party seeking to enforce an arbitration
agreement carries the burden of proving the existence of a valid
arbitration agreement. See **Alfortish v. GreenSky, LLC,** No. CV
16-15084, 2017 WL 699830, *3 (E.D. La. 2/22/17) (citing **FIA Card
Services, N.A. v. Weaver,** 2010-1372 (La. 3/15/11), 62 So.3d 709,
719).   Accordingly, the trial court did not err in denying
defendants' motion.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT